IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RAYMOND WENNERSTROM | § | |
| v. | § | CIVIL ACTION NO. 6:11CV295 |
| CITY OF SEVEN POINTS, TEXAS, *et al.* | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #11) recommends that the Motion to Dismiss With Prejudice (document #10) be granted and that the above-styled lawsuit be dismissed with prejudice. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion to Dismiss With Prejudice (document #10) is **GRANTED**. The above-styled lawsuit is **DISMISSED** with prejudice. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 10th day of January, 2012.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**